AO 254B (REV. 09/08) Judgment in a Criminal Case
Sheet 1 (as locally modified 06/09)

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | Case Number: CR-10-00032-001-HE |
| | USM Number: 17634-064 |
| JAMES ROY SKINNER | |
| | Joseph L. Ruffin, Esq. |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ pled guilty to count(s) <u>one (1) of a one (1) count Information filed January 26, 2010</u>.
☐ pled nolo contendere to count(s) _____, which was accepted by the court.
☐ was found guilty on count(s) _____ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 U.S.C. § 841(a)(1) | Distribution of a Scheduled II Controlled Substance | 11/16/2009 | 1 |

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984. Portions of this form preceded by a box are applicable if the box is checked.

☐ The defendant has been found not guilty on count(s) _____.
☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.
☒ It is ordered the defendant shall pay a special assessment of $ <u>100.00</u> for count (s) <u>one (1)</u>, for a total of $<u>100.00</u>, which shall be due immediately.

IT IS ORDERED that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the Court and the United States attorney of any material change in the defendant's economic circumstances.

June 22, 2010
Date of Imposition of Judgment

*/s/ Signature of Judge*

JOE HEATON
UNITED STATES DISTRICT JUDGE
Name and Title of Judge

6/22/10

AO 245B (Rev. 09/08) Judgment in a Criminal Case:
Sheet 2 - Imprisonment (as locally modified 06/09)

DEFENDANT: SKINNER, JAMES ROY
CASE NUMBER: CR-10-00032-001-HE

Judgment— Page __2__ of __5__

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **four (4) months**.

The court makes the following recommendations to the Bureau of Prisons:

- ☒ That defendant, if eligible, and if consistent with space availability and appropriate programs, be assigned to <u>FCI El Reno, El Reno, OK</u> or the appropriate facility closest to <u>Oklahoma</u>.

- ☒ That defendant participate in the Inmate Financial Responsibility Program at a rate determined by Bureau of Prisons staff in accordance with the requirements of the Inmate Financial Responsibility program.

- ☐ That defendant participate in the Residential Drug Abuse Program while incarcerated.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district.
  - ☐ by ___2:00 p.m.___ on _____.
  - ☐ as notified by the United States marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  - ☒ by <u>2:00 p.m.</u> on **July 15, 2010**. If designation has not been made, the defendant is to surrender to the United States Marshal for this district.
  - ☐ as notified by the United States Marshal.
  - ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____ at

_____, with a certified copy of this judgment.

_____
United States Marshal

By _____
Deputy Marshal

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: **three (3) years**.

Defendant must report to the probation office in the district to which the defendant is released within seventy two (72) hours of release from the custody of the Bureau of Prisons.

Defendant shall not commit another federal, state, or local crime.

Defendant shall not unlawfully possess a controlled substance. Defendant shall refrain from any unlawful use of a controlled substance. Defendant shall submit to one drug test within fifteen (15) days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that defendant poses a low risk of future substance abuse.

☒ Defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

☒ Defendant shall cooperate in the collection of DNA as directed by the probation officer.

☐ Defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq*.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which defendant resides, works, is a student, or was convicted of a qualifying offense.

☐ Defendant shall participate in an approved program for domestic violence.

If this judgment imposes a fine or restitution, it is a condition of supervised release that defendant pay it in accordance with the Schedule of Payments sheet of this judgment.

Defendant shall comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) Defendant shall not leave the judicial district without the permission of the court or probation officer;
2) Defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five (5) days of each month;
3) Defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) Defendant shall support defendant's dependents and meet other family responsibilities;
5) Defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling,

6) Defendant shall notify the probation officer at least ten (10) days prior to any change in residence or employment;

7) Defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) Defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) Defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) Defendant shall permit a probation officer to visit defendant at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) Defendant shall notify the probation officer within seventy two (72) hours of being arrested or questioned by a law enforcement officer;

12) Defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

## ADDITIONAL SUPERVISED RELEASE TERMS

Defendant shall participate in a program of substance abuse aftercare at the direction of the probation officer to include urine, breath, or sweat patch testing, and outpatient and/or residential treatment. Defendant shall totally abstain from the use of alcohol and other intoxicants both during and after completion of any treatment program. Defendant shall not frequent bars, clubs or other establishments where alcohol is the main business. Defendant may be required to contribute to the cost of services rendered (copayment) in an amount to be determined by the probation officer, based on defendant's ability to pay.

The court does not impose any requirement of community service.